# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| M&M, Inc. | * | Civil Action No. 06-800 |
| versus | * | Judge Tucker L. Melançon |
| Quest Exploration LLC<br>Excalibur Land Co. | * | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After an independent review of the record and the objections filed by the parties, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Excalibur's Motion for Summary Judgment is **DENIED**.

Thus done and signed this 20th day of December, 2006, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE