U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

APR 2 1 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MAYNE & MERTZ, INC. | CIVIL ACTION NO. 06-800 |
| VERSUS | JUDGE DOHERTY |
| QUEST EXPLORATION, LLC, ET AL. | MAGISTRATE JUDGE METHVIN |

## ORDER

The Court is in receipt of plaintiff Mayne & Mertz's "Notice of Nonconsent to Withdrawal of Jury Demand and Jury Demand on Behalf of Mayne & Mertz." [Doc. 135] In the document, plaintiff provides notice that it does not consent to the waiver of request for jury trial, by Excalibur Land Co., Inc. and Texas Tea, LLC. Because a proper demand for a jury cannot be withdrawn without the consent of all parties, this matter will be tried to a jury. *See* F.R.Civ.P. 38 and 39; Casperone v. Landmark Oil & Gas Corp., 819 F.2d 112, 116 (5th Cir. 1987). Accordingly, as discussed at the telephone conference held March 18, 2009, counsel for plaintiff is to confer with defendants, and thereafter submit proposed jury instructions and a proposed jury verdict form *as to the breach of contract claim only*[1], within thirty (30) days of receipt of this Order. (See attachment to Scheduling Order for instructions

---

[1] Jury instructions and a jury verdict form encompassing all claims need not be filed until the deadline contained in the scheduling order.

regarding jury instructions and verdict form.)

THUS DONE AND SIGNED at Lafayette, Louisiana, this 21 day of April, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE